IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WESTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS
FILED
SEP 0 3 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

DONALD STANLEY AND
DORIS STANLEY

PLAINTIFFS

VS.                                    NO. 13-4080

FEDERAL EXPRESS CORPORATION AND
HEATH LEE GILLION

DEFENDANTS

## COMPLAINT

Comes now the Plaintiffs, Donald Stanley and Doris Stanley, by and through their legal counsel, and for their cause of action against the Defendants, states:

### I. STATEMENT OF JURISDICTION

1.     The United States District Court for the Western District of Arkansas has jurisdiction of this cause of action pursuant to 28 U.S.C. §1332 as the Plaintiffs are residents of the State of Texas and separate Defendant Federal Express Corporation is a foreign corporation authorized to conduct business in Arkansas and separate defendant Heath Lee Gillion is a citizen of Arkansas and the amount in controversy exceeds the amount required for federal jurisdiction in diversity of citizenship causes of actions.

2.     Venue for this cause of action is governed by 28 U.S.C. §1391. Venue lies properly in the Texarkana Division of Arkansas, Western Division as separate defendant Heath Lee Gillion is a resident of Miller County, Arkansas and situs of this tort is within Sevier County, Arkansas.

### II. PARTIES TO THE CLAIM

3.     Plaintiffs Donald Stanley and Doris Stanley are husband and wife and were

1

residents of the City of Texarkana, Texas at all times relevant to this cause of action.

4.    Separate defendant Federal Express Corporation is a Delaware corporation which has a Certificate of Authority to conduct business in Arkansas and does in fact conduct business in Arkansas.  The agent of service of Federal Express Corporation is: The Corporation Company; 124 West Capitol Avenue; Suite 1900;  Little Rock, AR 72201-3704.

5.    Based on information and belief, separate Defendant Heath Lee Gillion was an employee of Federal Express Corporation who resided in Miller County, Arkansas at all times relevant to this cause of action.

### III. STATEMENT OF THE CASE

6.    Plaintiff Donald Stanley was traveling south on U.S. Highway 71 in Sevier County on Monday, September 27, 2010 in Sevier County.  He entered a properly marked highway construction zone which caused him to slow his vehicle. A flag-man caused all south bound traffic, including Donald Stanley, to stop.

Heath Lee Gillion was driving a Federal Express delivery van. Mr. Gillion was traveling south behind Donald Stanley.  Mr. Gillion failed to observe and heed the warning signs as his vehicle entered the highway construction zone.  He failed to slow his vehicle or take any evasive action which caused it to strike the rear end of Donald Stanley's pickup truck.  This impact caused Donald Stanley's truck to collide with the left rear of Maleta Bruce's Dodge pickup truck. Mr. Stanley's truck then ricochet across the roadway and struck a road sign.

The Arkansas State Police cited separate defendant Heath Gillion for careless driving which is a violation of Ark. Code Ann. §27-1-104.

## IV. RESPONDEAT SUPERIOR

7.    Defendant Heath Lee Gillion was an employee and/or agent of Defendant Federal Express Corporation and was acting within the scope of his authority/employment with Federal Express Corporation and all acts of negligence by Defendant Heath Lee Gillion are imputed to Defendant Federal Express Corporation.

## V. NEGLIGENCE

8.    Defendant Heath Lee Gillion was guilty of negligence, which was the proximate cause of the above described incident and Plaintiff's resulting damages in the following particulars:

(a)    In failing to keep a proper lookout;

(b)    In failing to keep the vehicle he was driving under proper control;

(c)    In driving the said vehicle at a speed greater than was reasonable and prudent under the circumstances then existing which is a violation of Arkansas Code Annotated §27-51-201;

(d)    In failing to exercise ordinary care for his own safety and for the safety of others using the roadway;

(e)    In driving in a reckless manner in violation of Arkansas Code Annotated §27-50-308;

(f)    In driving in a careless manner by failing to keep a proper lookout for other traffic which is a violation of Arkansas Code Annotated §27-51-104; and.

(g)    In failing to observe that he had entered a construction zone and slowing his vehicle to a stop despite a flagman holding a stop sign in the construction zone.

9.    These negligent acts on the part of Defendant Heath Lee Gillion, who was acting within the scope of his authority/employment with Defendant Federal Express Corporation at all

times relevant to this cause of action, were a proximate cause of the injuries and damages sustained by the plaintiffs, as more specifically described herein.

### DAMAGES

10.     As a proximate result of the aforementioned acts of negligence of Heath Lee Gillion and Federal Express Corporation, Donald Stanley sustained serious neck and spinal injuries which have caused him to have permanent impairment and permanent pain and suffering caused by the nerve damage from the impact.

11.     Plaintiff Donald Stanley claims he is entitled to recover for the following damages, all of which were proximately caused by the negligence of the Defendant;

      (a)    Compensatory damages for medical and other out of pocket expenses incurred in the past and reasonably certain to be required in the future;

      (b)    Damages for pain and suffering suffered in the past and reasonably certain to be experienced in the future;

      (c)    Compensatory damages for the value of any earnings lost and the present value of any earnings reasonably certain to be lost in the future;

      (d)    Any scars, disfigurement and visible results of his injury; and,

      (e)    Compensatory damages for the reasonable expense of any necessary help in his home, which has been required as a result of his injury and the present value of such expense and the present value of such expense reasonably certain to be required in the future.

12.     Plaintiff Doris Stanley has a loss of consortium claim for the reasonable value of the loss of the services, society, companionship and marriage relationship of her husband.

4

13.     The Plaintiffs' total compensatory damages, as shall be proved by the evidence, are in excess of the minimum statutory requirement for federal diversity jurisdiction in diversity of citizenship cases.

14.     The Plaintiffs demand a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the 7th Amendment to the Constitution of the United States of America.

**WHEREFORE,** Plaintiffs Donald Stanley and Doris Stanley, pray that they have and recover judgment against the Defendants, Federal Express Corporation and Heath Lee Gillion, jointly and severally, in a sum to be determined by a jury of their peers, post-judgment interest; court costs, attorney fees and for all other relief to which they may be entitled.

Respectfully submitted,

JACKSON LAW FIRM
One Union National Plaza
124 West Capitol Avenue; Suite 870
Little Rock, AR 72201-3704
(501) 823-3610
(501) 823-3611 fax

By: _____
        Jim Jackson